# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:  MARY T OSULLIVAN           §      Case No.: 07-03382
        ROBERT M OSULLIVAN         §
                                   §
        Debtor(s)                  §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/27/2007.

2) This case was confirmed on 06/20/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/13/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/03/2008, 07/07/2008, 11/03/2008, 08/26/2009.

5) The case was converted on 11/03/2009.

6) Number of months from filing to the last payment: 26

7) Number of months case was pending: 36

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   43,200.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 12,158.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 12,158.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,000.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 884.60 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,884.60 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SER | SECURED | NA | 169,999.76 | .00 | .00 | .00 |
| SELECT PORTFOLIO SER | SECURED | NA | 19,840.40 | 6,272.82 | 6,272.82 | .00 |
| OPTION ONE MORTGAGE | OTHER | NA | NA | NA | .00 | .00 |
| TURNER ACCEPTANCE | SECURED | 8,000.00 | 6,865.12 | 3,252.00 | 1,588.93 | 411.65 |
| AT & T BANKRUPTCY | UNSECURED | 375.00 | NA | NA | .00 | .00 |
| AT&T | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 50.00 | 797.38 | 797.38 | .00 | .00 |
| BASS & ASSOCIATES | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE COMPA | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 471.00 | NA | NA | .00 | .00 |
| DOUGLAS WILLIAMS | UNSECURED | 76.00 | NA | NA | .00 | .00 |
| SUBHASH WAIKAR | UNSECURED | 66.00 | NA | NA | .00 | .00 |
| GLOBAL FINANCE & LEA | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| HINSDALE BANK & TRUS | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| MIDTOWN DENTAL CLINI | UNSECURED | 114.00 | NA | NA | .00 | .00 |
| NEIGHBORHOOD PED | UNSECURED | 471.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 650.00 | 582.35 | 582.35 | .00 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | 895.00 | 894.37 | 894.37 | .00 | .00 |
| PROVIDIAN | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 467.00 | 503.90 | 503.90 | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| SBC | OTHER | NA | NA | NA | .00 | .00 |
| SOUTH SUBURBAN HOSPI | UNSECURED | 254.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
| **Scheduled Creditors:**                                                     |
|                                                                              |
| Creditor                 Claim          Claim          Claim     Principal        Int.  |
|   Name         Class    Scheduled      Asserted       Allowed       Paid           Paid   |
|                                                                              |
| SOUTH SUBURBAN HOSPI  OTHER         NA            NA            NA          .00         .00 |
| SOUTHWEST LAB PHYSIC  UNSECURED  40.00            NA            NA          .00         .00 |
| SUBURBAN EMERGENCY    UNSECURED  30.00            NA            NA          .00         .00 |
| ASSET ACCEPTANCE LLC  UNSECURED 446.00        445.80        445.80          .00         .00 |
| RESURGENT CAPITAL SE  UNSECURED     NA        894.37            NA          .00         .00 |
| TURNER ACCEPTANCE     UNSECURED     NA           .00      3,613.12          .00         .00 |
| SELECT PORTFOLIO SER  OTHER         NA            NA            NA          .00         .00 |
.==============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 6,272.82 | 6,272.82 | .00 |
| Debt Secured by Vehicle | 3,252.00 | 1,588.93 | 411.65 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 9,524.82 | 7,861.75 | 411.65 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 6,836.92 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,884.60 |
| Disbursements to Creditors | $ | 8,273.40 |
| **TOTAL DISBURSEMENTS:** | $ | 12,158.00 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   03/01/2010              /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**